OPINION — AG — IT WOULD NOT BE IN ACCORD WITH THE LAW OF THIS STATE FOR A BOARD OF COUNTY COMMISSIONERS TO APPROPRIATE MONEY FROM THE COUNTY COURT FUND TO BE USED IN THE CONSTRUCTION OF A JUVENILE DETENTION HOME. CITE: 20 O.S. 1961 812 [20-812], 20 O.S. 1961 813 [20-813] 19 O.S. 1961 381 [19-381], 19 O.S. 1961 741 [19-741], 19 O.S. 1961 742 [19-742] [19-742], 20 O.S. 1961 771-851 [20-771] — [20-771] (FINIS STEWART)